# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 02-4130

_____

| | | |
|---|---|---|
| United States of America, | * | |
| | * | |
| Appellee, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the |
| | * | District of Nebraska. |
| Latayo Raymond Clark, | * | |
| | * | [UNPUBLISHED] |
| Appellant. | * | |

_____

Submitted: August 7, 2003
Filed: August 14, 2003

_____

Before BOWMAN, BYE, and MELLOY, Circuit Judges.

_____

PER CURIAM.


In this direct criminal appeal, Clark challenges the sentence the district court[1] imposed after he pleaded guilty to conspiring to distribute, and to possess with intent to distribute, 50 grams or more of a substance containing cocaine base, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1), 846. The district court sentenced Clark to 120 months imprisonment and 5 years supervised release. On appeal, Clark's counsel has

_____

[1]The Honorable Laurie Smith Camp, United States District Judge for the District of Nebraska.

moved to withdraw under <u>Anders v. California</u>, 386 U.S. 738 (1967), arguing that the district court erred in denying Clark's motion for a downward departure.

The district court's decision not to grant the downward departure was clearly discretionary; thus, the decision is unreviewable.  <u>See</u> <u>United States v. VanHouten</u>, 307 F.3d 693, 696 (8th Cir. 2002) (discretionary decision not to depart from Guidelines is unreviewable on appeal absent unconstitutional motive, unless district court erroneously concluded it lacked authority to depart).

Following careful review of the record, we find no other nonfrivolous issues. <u>See</u> <u>Penson v. Ohio</u>, 488 U.S. 75, 80 (1988).  Accordingly, the judgment is affirmed. We also deny Clark's pending motion and grant counsel's motion to withdraw.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.